534

Before KLEINFELD, M. SMITH, and IKUTA, Circuit Judges.

## MEMORANDUM **

Roberto Cruz Gaxiola–Valenzuela appeals from his guilty-plea conviction and 51–month sentence for aiding and abetting possession with intent to distribute five kilograms or more of cocaine, in violation of 21 U.S.C. § 841(a)(1), and 18 U.S.C. § 2. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Gaxiola–Valenzuela's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

**UNITED STATES Of America, Plaintiff–Appellee,**

v.

**Antonio DIAZ–JIMENEZ, Defendant–Appellant.**

**No. 08–10000.**

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 11, 2009.*

Filed Aug. 17, 2009.

Before KLEINFELD, M. SMITH, and IKUTA, Circuit Judges.

## MEMORANDUM **

Antonio Diaz–Jimenez appeals from his guilty-plea conviction and 63–month sentence for illegal reentry after deportation, in violation of 8 U.S.C. § 1326(a). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Diaz–Jimenez's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

**Rachhpal Singh SIDHU, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**Nos. 06–75196, 07–70341.**

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 11, 2009.*

Filed Aug. 17, 2009.

Martin Avila Robles, Esq., Law Office of Martin Resendez Guajardo, P.C., San Francisco, CA, for Petitioner.

Quynh Vu Bain, Esq., Charles E. Canter, DOJ–U.S. Department of Justice Torts Branch/Civil Division, Washington, DC, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: KLEINFELD, M. SMITH, and IKUTA, Circuit Judges.

MEMORANDUM **

In these consolidated petitions, Rachhpal Singh Sidhu, a native and citizen of India, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's ("IJ") decision denying his application for asylum, withholding of removal, and protection under the Convention Against Torture ("CAT") (No. 06–75196), and the BIA's order denying his motion to reconsider (No. 07–70341). Our jurisdiction is governed by 8 U.S.C. § 1252. We review for substantial evidence factual findings, *Gonzalez–Hernandez v. Ashcroft,* 336 F.3d 995, 998 (9th Cir.2003), we review de novo due process claims, *Colmenar v. INS,* 210 F.3d 967, 971 (9th Cir.2000), and we review for abuse of discretion the denial of a motion to reconsider, *Lara–Torres v. Ashcroft,* 383 F.3d 968, 972 (9th Cir. 2004). In No. 06–75196 we dismiss in part and deny in part the petition for review, and in No. 07–70341 we deny the petition for review.

Substantial evidence supports the agency's determination that, even if petitioner's testimony was credible and he established the presumption of a well-founded fear of future persecution, the government rebutted the presumption by showing changed country conditions, *see* 8 C.F.R. § 1208.13(b)(1)(i)(A), and petitioner's ability to relocate to another part of India, *see* 8 C.F.R. § 1208.13(b)(1)(i)(B); *Gonzalez–*

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.